IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00184-MOC-WCM

| | |
|---|---|
| ROBERT CARPENTER EDWARDS, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> BACKGROUND INVESTIGATION ) </br> BUREAU, LLC, ) </br> ) </br> Defendant. ) </br> _____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Karl S. Gwaltney. The Motion indicates that Mr. Gwaltney, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Hans W. Lodge, who the Motion represents as being a member in good standing of the Bar of Minnesota. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Mr. Gwaltney has not conferred with counsel for Defendant regarding the Motion because service has not yet been obtained with respect to Defendant.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Hans W. Lodge be reconsidered, after Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the

instant *pro hac vice* admission.

IT IS THEREFORE ORDERED THAT:

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 3) is **GRANTED**, and Hans W. Lodge is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Lodge's admission, provided that any such motion is filed within **fourteen days** of Defendant's appearance in this matter and is appropriately supported.

Signed: July 21, 2023

W. Carleton Metcalf
United States Magistrate Judge