IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| ROBERT CARPENTER EDWARDS | ) </br> ) </br> ) </br> ) |
| v. | )    Case No. 1:23-cv-00184-MOC-WCM |
| | ) |
| BACKGROUND INVESTIGATION </br> BUREAU, LLC | ) </br> ) </br> ) |

## JOINT NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Robert Carpenter Edwards and Defendant Background Investigation Bureau, LLC have settled the claims between them in this matter. The parties are in the process of completing final settlement documents and expect that dismissal documents will be filed within the next forty-five (45) days. The parties request that the Court vacate all deadlines in this matter, as there are no remaining defendants.

This the 27th day of October, 2023.       Respectfully submitted,

BY: *s/Hans W. Lodge*  
  Hans W. Lodge, MN Bar No. 397012*  
  Attorney for Plaintiff  
  **BERGER MONTAGUE PC**  
  1229 Tyler Street NE, Suite 205  
  Minneapolis, MN 55413  
  Telephone: (612) 607-7794  
  Fax: (612) 584-4470  
  Email: hlodge@bm.net  
  *Admitted Pro Hac Vice*

BY: *s/Shannon Vandiver*  
  Shannon L. Vandiver, NC Bar No. 29484  
  Attorney for Defendant  
  **Shannon L. Vandiver, PLLC**  
  PO Box 726  
  Huntersville, NC 28070  
  Telephone: (704) 252-4737  
  Facsimile: (704) 960-1471  
  Email: svandiver@vandiverlegal.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023 a true and accurate copy of the foregoing document was electronically filed with the Court's ECF system to be sent via the electronic notification system to all counsel of record in the matter.

This the 27th day of October, 2023.

        *s/Hans W. Lodge*
        Hans W. Lodge, MN Bar No. 397012*
        Attorney for Plaintiff
        **BERGER MONTAGUE PC**
        1229 Tyler Street NE, Suite 205
        Minneapolis, MN 55413
        Telephone: (612) 607-7794
        Fax: (612) 584-4470
        Email: hlodge@bm.net
        *\*Admitted Pro Hac Vice*